

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00380-CV
_____

STEVEN SCHWARTZ AND ILLENE SCHWARTZ, Appellants

V.

PEGGY SUE DORSEY, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-194605-02

Before Walker, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 7, 2025